UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
UNITED STATES OF AMERICA                  :
                                          :
          -v-                             :          06-cr-150(JSR)

MICHAEL MATERASSO,                                        ORDER

          Defendant.
---------------------------------
                                          x
JED S. RAKOFF, U.S.D.J.



          Defendant Michael Materasso is accused of violating the terms and
conditions of his supervised release in that he: (1) committed
unlawful imprisonment in the second degree in violation of New York
law by restraining his wife, Irma Materasso, to a chair on or about
November 5, 2014; (2) endangered the welfare of a child in violation
of New York law, in that his three-year-old daughter witnessed the
November 5, 2014 incident; (3) committed aggravated harassment in the
second degree in violation of New York law by threatening to kill Irma
Materasso via telephone on or about November 8, 2014; and (4) used
methamphetamine on or before November 8, 2014. On December 18, 2014,
defendant admitted specification 4 but denied specifications 1, 2, and
3. On the basis of defendant's admission to specification 4, the Court
revoked defendant's supervised release. Subsequently, the parties
agreed to dismiss specifications 2 and 3.

          The Court held an evidentiary hearing on specification 1 from
January 20 to 23, 2015. Having carefully reviewed the testimony and
documentary evidence, the Court finds that the Government has failed

to prove, by a preponderance of the evidence, that defendant is guilty of specification 1. The Court will issue its Findings of Fact and Conclusions of law in due course.

SO ORDERED.

Dated:    New York, NY
            January 30, 2015                             JED S. RAKOFF, U.S.D.J.