Michael Materasso

3

48674   GLO

06 CR 150-07 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/15

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

[✓] The Court approves the release of Materasso's Probation files

or

[ ] The Court not does approve the release of Materasso's Probation files

_____
Honorable Jed S. Rakoff
Senior U.S. District Judge

3/1/15
Date